**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>　　James Harris<br>　　ODell Harris<br>　　　　　Debtor(s) | Case No. 11 B 30943 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 07/28/2011.

　　2)　The plan was confirmed on 12/15/2011.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/15/2011, 11/15/2012.

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 02/27/2012, 05/03/2012, 04/17/2014.

　　5)　The case was Converted on 07/08/2014.

　　6)　Number of months from filing to last payment: 35.

　　7)　Number of months case was pending: 37.

　　8)　Total value of assets abandoned by court order:  NA .

　　9)　Total value of assets exempted:  NA .

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $20,413.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $20,413.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,374.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $867.12 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,241.12

Attorney fees paid and disclosed by debtor:    $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| American Eagle Bank | Secured | 2,302.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 918.09 | 825.08 | 825.08 | 0.00 | 0.00 |
| Best Buy | Unsecured | 1,630.00 | NA | NA | 0.00 | 0.00 |
| Bureau Of Collection Recovery | Unsecured | 314.00 | NA | NA | 0.00 | 0.00 |
| Candica LLC | Unsecured | 2,331.00 | 2,331.88 | 2,331.88 | 0.00 | 0.00 |
| Capital One | Unsecured | 961.00 | 961.49 | 961.49 | 0.00 | 0.00 |
| Carson Pirie Scott & Co | Unsecured | 863.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 1,751.00 | 1,780.96 | 1,780.96 | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 3,480.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 2,402.00 | NA | NA | 0.00 | 0.00 |
| Citibank USA | Unsecured | 1,410.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Department Stores National Bank | Unsecured | 1,464.00 | 1,464.33 | 1,464.33 | 0.00 | 0.00 |
| Edward M Ruiz DDS | Unsecured | 90.80 | NA | NA | 0.00 | 0.00 |
| Ford Motor Credit Corporation | Unsecured | 11,020.00 | NA | NA | 0.00 | 0.00 |
| Ford Motor Credit Corporation | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Ford Motor Credit Corporation | Secured | 11,020.00 | 10,870.73 | 10,870.73 | 10,638.28 | 837.42 |
| Franklin Collection | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| Geico Direct | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| Gleason & Gleason | Priority | 3,374.00 | NA | NA | 0.00 | 0.00 |
| Green Tree Servicing LLC | Secured | 88,625.00 | 88,836.36 | 88,836.36 | 0.00 | 0.00 |
| Hilco Rec | Unsecured | 1,584.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | NA | 256.48 | 256.48 | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 444.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | NA | 189.00 | 189.00 | 36.04 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | NA | 345.00 | 345.00 | 71.52 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 130.00 | 18.90 | 18.90 | 0.00 | 0.00 |
| Indiana Dept Of Revenue | Unsecured | NA | 2,922.52 | 2,922.52 | 0.00 | 0.00 |
| Indiana Dept Of Revenue | Priority | 185.59 | 3,330.03 | 3,330.03 | 697.86 | 0.00 |
| Internal Revenue Service | Priority | 2,193.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 2,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | 11,565.00 | 18,566.15 | 18,566.15 | 3,890.76 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 1,226.14 | 1,226.14 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,999.00 | 2,186.65 | 2,186.65 | 0.00 | 0.00 |
| MCM | Unsecured | 2,173.41 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 2,177.00 | 2,197.29 | 2,197.29 | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | NA | 1,584.37 | 1,584.37 | 0.00 | 0.00 |
| MRSI | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| Navient Solutions Inc | Unsecured | 2,366.00 | NA | NA | 0.00 | 0.00 |
| Navient Solutions Inc | Unsecured | 3,767.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Unsecured | 863.00 | NA | NA | 0.00 | 0.00 |
| Nco Fin | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 751.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 260.00 | 180.02 | 180.02 | 0.00 | 0.00 |
| Paragon Way Inc | Unsecured | 1,660.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 792.00 | 792.99 | 792.99 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,167.00 | 1,190.38 | 1,190.38 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,400.00 | 1,553.00 | 1,553.00 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 2,622.00 | 2,622.91 | 2,622.91 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | NA | 87.36 | 87.36 | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 4,815.00 | 5,984.35 | 5,984.35 | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 13,564.00 | 25,229.53 | 25,229.53 | 0.00 | 0.00 |
| Santander Consumer USA | Secured | 10,941.00 | 10,225.40 | 10,225.40 | 0.00 | 0.00 |
| Southwest Women | Unsecured | 111.20 | NA | NA | 0.00 | 0.00 |
| St Paul Travelers | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| State Farm Bank | Secured | 5,681.00 | 6,535.99 | 6,535.99 | 0.00 | 0.00 |
| State of Indiana | Unsecured | 371.50 | NA | NA | 0.00 | 0.00 |
| Trust Rec Sv | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| University Of Phoenix | Unsecured | 559.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $88,836.36 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $27,632.12 | $10,638.28 | $837.42 |
| **TOTAL SECURED:** | **$116,468.48** | **$10,638.28** | **$837.42** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $22,430.18 | $4,696.18 | $0.00 |
| **TOTAL PRIORITY:** | **$22,430.18** | **$4,696.18** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$55,396.63** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,241.12 |
| Disbursements to Creditors | $16,171.88 |
| **TOTAL DISBURSEMENTS** : | **$20,413.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/18/2014              By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**